**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK     **DATE:** 11/1/2023
**JUDGE: MICHAEL E. FARBIARZ**
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**     **DOCKET# 2 1 - 8 7 7**

United States of America
v.
Thomas Farese
Domenic Gatto

**APPEARANCES:**

Ray Mateo, AUSA
Jessica Ecker, AUSA
Sarita Kedia, Esq. for defendant Farese
Scott Klugman, Esq. for defendant Gatto
Seth Levine, Esq. for defendant Gatto
Paul Murphy, Esq. for defendant Gatto


**Nature of Proceedings**: MOTION HEARING held on the record

Hearing held with oral argument as to the pending bill of particular and severance motions. Court rendered its rulings on the record.


**Time Commenced: 10:00**
**Time Adjourned: 12:00**
**Total Time:  2:00**

                                        _RoseMarie Olivieri_
                                        SENIOR COURTROOM DEPUTY