# LEVINE LEE LLP

1500 Broadway, Suite 2501
New York, New York 10036
212 223 4400 main
www.levinelee.com

**Seth L. Levine**
212 257 4040 direct
slevine@levinelee.com

April 19, 2024

<u>VIA ECF</u>

The Honorable Michael E. Farbiarz
United States District Court
District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, New Jersey 07012

  Re: *United States v. Domenic J. Gatto, Jr.*, 21-cr-877 (MEF)

Dear Judge Farbiarz:

  We represent defendant Mr. Gatto in the above-referenced action. On behalf of all defendants, and with the consent of the Government, we write to the Court with an update on the status of the application relating to discovery matters and the pre-trial schedule, as discussed at the April 17, 2024 conference.

  In keeping with the Court's direction, the parties are conferring and the Government is gathering additional information that will allow a determination as to whether the relevant issues can be resolved or narrowed. If after this process an application remains necessary, we expect to file it next week.

  We thank the Court for its consideration of this submission.

        Respectfully submitted,

        Levine Lee LLP

        /s/ Seth L. Levine
        Seth L. Levine
        Paul A. Murphy

cc: All Counsel of Record (via ECF)