RAM/JRE 2021R00974

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Michael E. Farbiarz, U.S.D.J. |
| v. | : | Crim. No. 21-877 (MEF) |
| DOMENIC J. GATTO, JR. | : | 18 U.S.C. § 1957 |

## I N F O R M A T I O N

The defendant having waived in open court prosecution by Indictment, the Attorney for the United States for the District of New Jersey charges:

From in or around July 2018 through in or around May 2019, in the District of New Jersey and elsewhere, the defendant,

**DOMENIC J. GATTO, JR.**,

did knowingly and intentionally engage and attempt to engage in monetary transactions by, through, and to a financial institution, in and affecting interstate commerce, in criminally derived property of a value greater than $10,000, such as, the deposit of a check in the amount of $25,000, such property having been derived from a specified unlawful activity, that is: health care fraud, contrary to Title 18, United States Code, Section 1347; wire fraud, contrary to Title 18, United States Code, Section 1343; the payment and receipt of kickbacks, contrary to Title 42, United States Code, Sections 1320a-7b(b)(l)(A) and (2)(A); and conspiracy to pay and receive health care kickbacks, contrary to Title 18, United States Code, Section 371.

In violation of Title 18, United States Code, Section 1957(a) and Section 2.

## **FORFEITURE ALLEGATION**

1. As the result of committing the money laundering offense alleged in this Information, the defendant,

**DOMENIC J. GATTO, JR.**,

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), all property, real and personal, involved in the money laundering offense, and all property traceable to such property.

### Substitute Assets Provision

2. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), to forfeiture of any other property of the defendant up to the value of the above-described forfeitable property.

_____
VIKAS KHANNA
Attorney for the United States
Acting Under the Authority
Conferred by 28 U.S.C. § 515

**CASE NUMBER: 21-877 (MEF)**

**United States District Court
District of New Jersey**

**UNITED STATES OF AMERICA**

**v.**

**DOMENIC J. GATTO, Jr.**

**INFORMATION FOR**

**18 U.S.C. § 1957**

*VIKAS KHANNA
ATTORNEY FOR THE UNITED STATES
ACTING UNDER AUTHORITY CONFERRED
BY 28 U.S.C. § 515
NEWARK, NEW JERSEY*

*RAY A. MATEO
JESSICA ECKER
ASSISTANT U.S. ATTORNEYS
973-645-2926*

*DARREN C. HALVERSON
TRIAL ATTORNEY
CRIMINAL DIVISION, FRAUD SECTION*